UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:11-MJ-1024-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Miranda Charlene Jackson | ) | |

On October 13, 2011, Miranda Charlene Jackson appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Simple Possession in violation of 21 U.S.C. § 844, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on February 20, 2013, the court finds as a fact that Miranda Charlene Jackson, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Failure to participate as directed in a urinalysis program.
4. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 3 months.

**IT IS RECOMMENDED** that the defendant receive mental health and substance abuse treatment while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 20th day of February, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge